

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00754-CV

**IN THE INTEREST OF BABY V.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

This is an appeal from an order terminating appellant's parental rights. Appellant filed his brief on January 5, 2017. Therefore, appellee's brief was due January 25, 2017. No appellee's brief, however, has been filed. This appeal will be set "at issue" in ten days. If appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court